# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: CV – 05-912 PAM/JSM

| | |
|---|---|
| Patricia Cacioppo,<br><br>　　　　Plaintiff,<br>v.<br><br>Interstate Credit Control, Inc., John Doe, individually and Shannon LaPointe, individually,<br><br>　　　　Defendants. | **ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

　　　　　　　　　　　　　　　　　　BY THE COURT


Dated: February 24, 2006　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　　The Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　　　　Judge of United States District Court